IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBERT CODY BELL, JR.,

    Plaintiff,

v.

JEFFREY COLEMAN, et al.,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-140

## ORDER

Presently before the Court are Plaintiff's Motions to Dismiss his lawsuit. (Docs. 10, 11.) Plaintiff notes that his circumstances have changed and that he no longer wishes to pursue this litigation. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** Plaintiff's Motions and **DISMISSES** his case **without prejudice**. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 9th day of May, 2018.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA